377 A.2d 184

Commonwealth v. Purifacto, Appellant.

Submitted December 22, 1976. John Myers and John W. Packel, Assistant Defenders, for appellant; Randolph L. Goldman and Deborah E. Glass, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.